**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: ) | | |
| REVERON, PHILLIP         xxx-xx-9361  ) | | |
| REVERON, JOLET RAYE    xxx-xx-5228  ) | | |
| 3907 WHISPERING WILLOWS DRIVE   ) | No: 11-11708 | C-13G |
| GREENSBORO NC 27406                        ) | | |
| ) | | |
| Debtor   ) | | |

<u>ORDER</u>

This matter coming before the Court upon the Motion of Anita Jo Kinlaw Troxler, Trustee for the above-referenced Debtors, that an Order be entered modifying the §362 Stay as to HSBC Bank Nevada, NA and the personal property documented by the claim with the personal property released for liquidation and HSBC Bank Nevada, NA allowed until September 30, 2012 to file a documented deficiency claim based on liquidation of the personal property with the failure of such a claim to be filed on or before September 30, 2012 to result in the release of the personal property being in full satisfaction of the claim of HSBC Bank Nevada, NA, and there being no filed objection to the Motion within the time period set forth in the Notice issued on May 21, 2012, by the Clerk of Court setting June 20, 2012, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

ORDERED that the §362 Stay is modified as to HSBC Bank Nevada, NA and the personal property documented by the claim with the personal property released for liquidation and HSBC Bank Nevada, NA allowed until September 30, 2012 to file a documented deficiency claim based on liquidation of the personal property with the failure of such a claim to be filed on or before September 30, 2012 to result in the release of the personal property being in full satisfaction of the claim of HSBC Bank Nevada, NA.

PARTIES TO BE SERVED
PAGE 1 OF 1
11-11708 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

PHILLIP REVERON
JOLET R REVERON
3907 WHISPERING WILLOWS DRIVE
GREENSBORO NC 27406

DAMON DUNCAN ESQ
628 GREEN VALLEY RD STE 304
GREENSBORO NC 27408

LEGAL DOCUMENT PROCESSING
1100 WHERLE DR
WILLIAMSVILLE NY 14221

TRULIANT FEDERAL CREDIT UNION
PO BOX 25132
WINSTON SALEM NC 27114

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

NEIL JONAS ESQ
2550 W TYVOLA RD STE 520
CHARLOTTE NC 28217

WELLS FARGO BANK NA
ATN: MANAGING AGENT
PO BOX 10438
DES MOINES IA 50306

BASS & ASSOCIATES
3936 E FT LOWELL RD STE 200
TUCSON AZ 85712

MICHAEL C TALIERCO ESQ
ROSSABI BLACK SLAUGHTER PA
PO BOX 41027
GREENSBORO NC 27404

PORTFOLIO RECOVERY ASSOC
ATTN MANAGING AGENT
PO BOX 41067
NORFOLK VA 23541

AURORA LOAN SERVICES
ATTN MANAGING AGENT
2617 COLLEGE PARK DRIVE
SCOTTSBLUFF NE 69361

HSBC BANK NEVADA NA
% BASS & ASSOCIATES, PC
3936 E FT LOWELL ROAD, SUITE #200
TUCSON AZ 85712